54 F.3d 774
NOTICE: Fourth Circuit I.O.P. 36.6 states that citation of unpublished dispositions is disfavored except for establishing res judicata, estoppel, or the law of the case and requires service of copies of cited unpublished dispositions of the Fourth Circuit.
 Harry PLYLER, Petitioner-Appellant,
v.
Parker EVATT; Attorney General of the State of South
Carolina, Respondents-Appellees.
 No. 94-7213.
 United States Court of Appeals, Fourth Circuit.
 Submitted April 25, 1995.
Decided May 16, 1995.
 
 Harry Plyler, Appellant Pro Se. Donald John Zelenka, Chief Deputy Attorney General, Columbia, SC, for Appellees.
 Before WIDENER, HALL, and HAMILTON, Circuit Judges.
 PER CURIAM:
 
 
 1
 Appellant appeals from the district court's order denying relief on his 28 U.S.C. Sec. 2254 (1988) petition. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge, and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Plyler v. Evatt, No. CA-91-784-3-22-BD (D.S.C. Sept. 14, 1994). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.
 
 AFFIRMED